# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID FAGANEL | § | Case No. 12-27641 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/11/2012 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     39,701.50

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 437.03 |
| Bank service fees | 2,173.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 37,090.92 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/23/2012 and the deadline for filing governmental claims was 11/23/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,720.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,720.15 , for a total compensation of $ 4,720.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.00 , for total expenses of $ 3.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2017                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-27641 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID FAGANEL | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2012 |
| For Period Ending: | 05/17/2017 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. J.P. Morgan Chase Wheaton, Ill. 002130039715102 Checking acct. | 1,970.00 | 0.00 | | 0.00 | FA |
| 2. Community Bank Wheaton, Ill. Checking acct. | 150.00 | 0.00 | | 0.00 | FA |
| 3. 2 bedrooms, Family room, kitchen, 2 bathrooms | 625.00 | 0.00 | | 0.00 | FA |
| 4. Personal clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5. Met Life Insurance Policy 7711928, Sharyl Faganel primary beneficiary | 550,000.00 | 0.00 | | 0.00 | FA |
| 6. Reliastar Life Insurance Policy NL0098792 | 0.00 | 0.00 | | 0.00 | FA |
| 7. CIBC Oppenheimer Roth IRA | 67,000.00 | 0.00 | | 0.00 | FA |
| 8. Principal Roth account 8900052668 401K | 344,000.00 | 0.00 | | 0.00 | FA |
| 9. RA Faganel Builders, 100% | 0.00 | 0.00 | | 0.00 | FA |
| 10. American Heartland Bank, 5000 shares | 50.00 | 0.00 | | 0.00 | FA |
| 11. S-David Investment Company, 490 shares | 0.00 | 0.00 | | 0.00 | FA |
| 12. RA Faganel Builders Inc., equity of -$1,123,296 in Dec., 2009 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Custom Realty Inc., Equity of 0, net income of -57,257 as of December 2010, no longer fucntioning | 0.00 | 0.00 | | 0.00 | FA |
| 14. Faganel Development Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 15. EFCI Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 16. Faganel Construction Management, BRT, Inc. equity of -147,026 as of 12/31/10. Currently inactive | 0.00 | 0.00 | | 0.00 | FA |
| 17. Faganel Constuction Management WWR Inc., equity of -233,592 as of 12/31/2010. Currently inactive. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-27641 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID FAGANEL | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2012 |
| For Period Ending: | 05/17/2017 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 18. Exchange Partnership, Debtor owns 50% in<br><br>share of apartment building located in Indiana Trustee negotiated with Debtor for a settlement of the Estate's interest in the Exchange Partnership and filed a motion to approve the proposed settlement. Prior to a hearing on the motion, Trustee determined that the Estate would have incurred a large tax liability as a result of the proposed settlement and withdrew her motion to settle because there would have been no benefit to the Estate. | 41,000.00 | 0.00 | | 0.00 | FA |
| 19. Kirkland Chase Commercial LLC owns buiding at<br><br>1387 Wind Energy Pass, Batavia, Ill. negative equity of -29,473 as of December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Sycamore Investments LLC liquidated property in<br><br>2009 in settlement with Old Second Bank by vote of members, negative equity of -120,823 as of December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 21. Burwyck LLC, liquidated assets in 2012 by vote of<br><br>other members in settlement with Wheaton Bank and Trust on property in Bartlett, Ill. | 0.00 | 0.00 | | 0.00 | FA |
| 22. Riverwood North Aurora LLC, owns property at 8<br><br>acres in North Aurora, Ill, valued at approximately $350,000 subject to mortgage of MB Financial of over $3 million | 0.00 | 0.00 | | 0.00 | FA |
| 23. Wyndham Faganel Development LLC, liquidated<br><br>property in 2011 in settlement with West Suburban Bank | 0.00 | 0.00 | | 0.00 | FA |
| 24. Town Center Condominiums LLC liquidated property<br><br>in Willow Springs, Ill. in settlement with Wheaton Bank and Trust in 2010, equity of -28,523 as of December 2010. | 0.00 | 0.00 | | 0.00 | FA |
| 25. Jericho Holdings LLC, liquidated property 135<br><br>acres in Montgomery, Ill. in settlement with BMO Harris. Equity of -3,483,314 as of 12/31/10 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-27641 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID FAGANEL | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2012 |
| For Period Ending: | 05/17/2017 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. McClure Properties LLC owns residence in Colorado valued at $575,000 subject to mortgage of $750,000 Trustee compelled to abandon per order 11/9/12 [dkt 40] | 0.00 | 0.00 | OA | 0.00 | FA |
| 27. TLCB LLC, equity of -167,590 as of 12/31/10 | 0.00 | 0.00 | | 0.00 | FA |
| 28. TLCB LLC Note deemed uncollectible in December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 29. Faganel Construction Management WWR Inc. Note deemed uncollectible in Dedcember 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 30. Faganel Construction Management BRT Inc. Note deemed uncollectible in December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 31. Beneficial Interest in David J. Faganel Irrevocable Trust, estate of Margaret H. Faganel, subject to spendthrift trust provisionListed on Schedule C | 0.00 | 0.00 | | 0.00 | FA |
| 32. Beneficial Interest in DJF Irrevocable Trust, estate of Robert A. Faganel, subject to spendthrift trust provisionListed on Schedule C | 0.00 | 0.00 | | 0.00 | FA |
| 33. IDOR Tax refund issued 5/06/2011 being held in Sharyl A. Faganel checking account | 14,631.50 | 14,631.50 | | 14,631.50 | FA |
| 34. IDOR Tax refund issued 5/06/2011 being held in Sharyl A. Faganel checking account | 25,070.00 | 25,070.00 | | 25,070.00 | FA |
| 35. Possible avoidance action against family member   (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,044,746.50 | $39,701.50 | | $39,701.50 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

341 MEETING HELD AND CONTINUED TO 10/30/12 AT 10:30; ISSUES REGARDING BALANCE OF TAX REFUND IN POSSESSION OF SPOUSE, INVESTIGATION OF CERTAIN FAMILY TRUSTS, REVIEW OF VALUE OF EXCHANGE PARTNERSHIP, INFO REQUESTED ON RELIASTAR & METLIFE POLICIES
Investigation continues as to Family Trusts. Further action being taken as to Tax Refunds.
Issues re: pre-2011 tax refund pending
Issues regarding pre-2011 tax refund still pending.  Investigation as to Family Trusts still pending.
2004 exams and other investigation pending re family trusts and transfers or avoidances.  no resolution of those issues until later 4/14.  issue of tax refunds continue to be an issue. ( how much is Mrs entitled to from the refund?)
Appointed Successor Trustee 4/16/14
Investigation continues regarding causes of action v. family member and family trust
Refunds issue resolved and funds turned over to Trustee

9/30/16:  Debtor has offered trustee a settlement for his right title and interest in Exchange Partnership.  Motion to compromise to be filed.

3/2/17:  The motion to compromise will be heard on March 24, 2017.

5/17/17: Motion to compromise withdrawn. Estate would have incurred large tax liability as a result of the proposed settlement and Successor Trustee determined that there would be no benefit to the Estate as a result of the proposed settlement. Successor Trustee contacted the attorneys and accountants retained by prior trustee and confirmed that neither professional had a claim for services rendered to the prior trustee for which the professional would seek compensation from the Estate. Trustee prepared her TFR.


Initial Projected Date of Final Report (TFR): 12/30/2014          Current Projected Date of Final Report (TFR): 01/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX4101 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/12 | | SHARYL FAGANEL 705 RIFORD ROADGLEN ELLYN, IL 60137 | 1/2 OF TAX REFUND | | $39,701.50 | | $39,701.50 |
| | | | Gross Receipts          $39,701.50 | | | | |
| | 33 | | IDOR Tax refund issued          $14,631.50 5/06/2011 being held in | 1124-000 | | | |
| | 34 | | IDOR Tax refund issued          $25,070.00 5/06/2011 being held in | 1124-000 | | | |
| 08/31/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $24.79 | $39,676.71 |
| 09/28/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $55.76 | $39,620.95 |
| 10/18/12 | 3001 | COUNTY COURT REPORTERS, INC. 600 SOUTH COUNTY FARM ROADSUITE 200WHEATON, IL  60187 | TRANSCRIPT FEE/APPEARANCE/341 MEETING          2990-000            $-330.75 | 2990-000 | | $330.75 | $39,290.20 |
| 10/31/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $63.78 | $39,226.42 |
| 11/30/12 | | Green Bank 401 GreenbriarHouston, TX  77098 | Bank Service Fee | 2600-000 | | $65.34 | $39,161.08 |
| 12/31/12 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $59.11 | $39,101.97 |
| 01/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $63.09 | $39,038.88 |
| 02/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $56.90 | $38,981.98 |
| 03/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $62.90 | $38,919.08 |
| 04/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $60.77 | $38,858.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:          $39,701.50          $843.19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-27641 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: | GREEN BANK |
| | Account Number/CD#: | XXXXXX4101 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $66.75 | $38,791.56 |
| 06/28/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $56.54 | $38,735.02 |
| 07/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $62.50 | $38,672.52 |
| 08/30/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $66.43 | $38,606.09 |
| 09/30/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $56.26 | $38,549.83 |
| 10/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $62.20 | $38,487.63 |
| 11/29/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $62.10 | $38,425.53 |
| 12/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $60.00 | $38,365.53 |
| 01/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $65.90 | $38,299.63 |
| 02/28/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $55.82 | $38,243.81 |
| 03/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $57.73 | $38,186.08 |
| 04/02/14 | 3002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Blanket bond #016026455<br>2/01/14<br>to 2/10/15    2300-000<br>$-31.69 | 2300-000 | | $31.69 | $38,154.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*        Page Subtotals:        $0.00        $703.92

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX4101 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $53.63 | $38,100.76 |
| 05/02/14 | | Transfer to Acct # XXXXXX1806 | Bank Funds Transfer | 9999-000 | | $38,100.76 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $39,701.50 | $39,701.50 |
| Less: Bank Transfers/CD's | $0.00 | $38,100.76 |
| Subtotal | $39,701.50 | $1,600.74 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,701.50 | $1,600.74 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                Page Subtotals:                $0.00        $38,154.39

Page: 4
Case 12-27641    Doc 64    Filed 07/07/17    Entered 07/07/17 15:37:44    Desc Main
Document    Page 10 of 16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1806 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX4101 | Bank Funds Transfer | 9999-000 | $38,100.76 | | $38,100.76 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.63 | $38,044.13 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.73 | $37,989.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.48 | $37,932.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.40 | $37,876.52 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.50 | $37,822.02 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.23 | $37,765.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.34 | $37,711.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.06 | $37,655.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $55.99 | $37,599.40 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $26.90 | $37,572.50 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.49 | $37,522.01 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $55.78 | $37,466.23 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $53.91 | $37,412.32 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.62 | $37,356.70 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.74 | $37,302.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 10)* | | | Page Subtotals: | | $38,100.76 | $797.80 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1806 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.46 | $37,247.50 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.38 | $37,192.12 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.51 | $37,138.61 |
| 02/25/16 | 10002 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $32.36 | $37,106.25 |
| 03/09/17 | 10003 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 Reversal check printer without MICR cartridge | 2300-000 | | ($15.33) | $37,121.58 |
| 03/09/17 | 10003 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 | 2300-000 | | $15.33 | $37,106.25 |
| 03/09/17 | 10004 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond # 016073584 | 2300-000 | | $15.33 | $37,090.92 |

| | | |
|---|---|---|
| COLUMN TOTALS | $38,100.76 | $1,009.84 |
| Less: Bank Transfers/CD's | $38,100.76 | $0.00 |
| Subtotal | $0.00 | $1,009.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,009.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*                Page Subtotals:          $0.00          $212.04

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1806 - Checking - Non Interest | $0.00 | $1,009.84 | $37,090.92 |
| XXXXXX4101 - Checking Account | $39,701.50 | $1,600.74 | $0.00 |
|  | $39,701.50 | $2,610.58 | $37,090.92 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,701.50 |
| Total Gross Receipts: | $39,701.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-27641-JBS  
Debtor Name: DAVID FAGANEL  
Claims Bar Date: 11/23/2012  

Date: May 18, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | PRIOR TRUSTE DAVID E. GROCHOCINSKI<br>DAVID E. GROCHOCINSKI PRIOR TRUSTEE | Administrative | Portion of trustee compensation to be paid to prior trustee | $0.00 | $3,720.15 | $3,720.15 |
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Portion of Trustee compensation to be paid to Successor Trustee | $0.00 | $1,000.00 | $1,000.00 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $3.00 | $3.00 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>Arthur B. Levine Company | Administrative | | $0.00 | $59.26 | $59.26 |
| BOND 100 2300 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $47.02 | $47.02 |
| 2 400 4220 | MB FINANCIAL BANK N.A.<br>c/o Matthew Klepper, DLA Piper LLP (US)<br>203 North LaSalle Street; Suite 1900<br>Chicago, IL 60601 | Secured | Portion of the claim secured by tax refunds (basis of perfection: citation) | $0.00 | $79,403.00 | $79,403.00 |
| 1 610 7100 | BMO HARRIS BANK<br>111 W. Monroe St.<br>Chicago, IL 60603 | Unsecured | | $0.00 | $5,220,984.86 | $5,220,984.86 |
| 2 610 7100 | MB FINANCIAL BANK N.A.<br>c/o Matthew Klepper, DLA Piper LLP (US)<br>203 North LaSalle Street; Suite 1900<br>Chicago, IL 60601 | Unsecured | Unsecured portion of amount claimed | $0.00 | $4,399,098.46 | $4,399,098.46 |
| | Case Totals | | | $0.00 | $9,704,315.75 | $9,704,315.75 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-27641
Case Name: DAVID FAGANEL
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 37,090.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | MB FINANCIAL BANK N.A. | $ 79,403.00 | $ 79,403.00 | $ 0.00 | $ 32,367.77 |

Total to be paid to secured creditors    $    32,367.77

Remaining Balance    $    4,723.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 3,220.22 | $ 0.00 | $ 3,220.00 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 3.00 | $ 0.00 | $ 3.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 59.26 | $ 59.26 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 47.02 | $ 47.02 | $ 0.00 |
| Other: PRIOR TRUSTE DAVID E. GROCHOCINSKI | $ 3,720.15 | $ 0.00 | $ 3,720.15 |

Total to be paid for chapter 7 administrative expenses    $    4,723.15

Remaining Balance    $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,620,083.32 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO HARRIS BANK | $ 5,220,984.86 | $ 0.00 | $ 0.00 |
| 2 | MB FINANCIAL BANK N.A. | $ 4,399,098.46 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE