# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID FAGANEL | § | Case No. 12-27641 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 32,050.00 *(Without deducting any secured claims)* | Assets Exempt: 972,995.00 |
| Total Distributions to Claimants: 32,367.77 | Claims Discharged Without Payment: 9,895,133.32 |
| Total Expenses of Administration: 7,333.73 | |

3) Total gross receipts of $ 39,701.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 39,701.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,200,050.00 | $ 79,403.00 | $ 79,403.00 | $ 32,367.77 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,333.73 | 7,333.73 | 7,333.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,275,000.00 | 9,620,083.32 | 9,620,083.32 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 6,475,050.00 | $ 9,706,820.05 | $ 9,706,820.05 | $ 39,701.50 |

4) This case was originally filed under chapter 7 on 07/11/2012 . The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2017         By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| IDOR Tax refund issued 5/06/2011 being held in | 1124-000 | 14,631.50 |
| IDOR Tax refund issued 5/06/2011 being held in | 1124-000 | 25,070.00 |
| **TOTAL GROSS RECEIPTS** | | **$39,701.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | MB Financial 800 W. Madison St. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| 2 | MB FINANCIAL BANK N.A. | 4220-000 | 1,200,000.00 | 79,403.00 | 79,403.00 | 32,367.77 |
| **TOTAL SECURED CLAIMS** | | | $ 1,200,050.00 | $ 79,403.00 | $ 79,403.00 | $ 32,367.77 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR TRUSTE DAVID E. GROCHOCINSKI | 2100-000 | NA | 3,720.15 | 3,720.15 | 3,720.15 |
| THE HELMS LAW FIRM PC | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 3.00 | 3.00 | 3.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 59.26 | 59.26 | 59.26 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 47.02 | 47.02 | 47.02 |
| ASSOCIATED BANK | 2600-000 | NA | 935.25 | 935.25 | 935.25 |
| Green Bank | 2600-000 | NA | 1,238.30 | 1,238.30 | 1,238.30 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COUNTY COURT REPORTERS, INC. | 2990-000 | NA | 330.75 | 330.75 | 330.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,333.73 | $ 7,333.73 | $ 7,333.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CCO Mortgage 10561 Telegraph Rd. Glen Allen, VA 23059 | | 125,000.00 | NA | NA | 0.00 |
| | RA Faganel Builders 1387 Wind Energy Pass Batavia, IL 60510 | | 0.00 | NA | NA | 0.00 |
| | Robert A. Faganel 306 Juliana Ln. Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| | Wheaton Bank 211 S. Wheaton Ave. Wheaton, IL 60187 | | 150,000.00 | NA | NA | 0.00 |
| 1 | BMO HARRIS BANK | 7100-000 | 5,000,000.00 | 5,220,984.86 | 5,220,984.86 | 0.00 |
| 2 | MB FINANCIAL BANK N.A. | 7100-000 | NA | 4,399,098.46 | 4,399,098.46 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,275,000.00 | $ 9,620,083.32 | $ 9,620,083.32 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-27641 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID FAGANEL | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2012 |
| For Period Ending: | 09/08/2017 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. J.P. Morgan Chase Wheaton, Ill. 002130039715102 Checking acct. | 1,970.00 | 0.00 | | 0.00 | FA |
| 2. Community Bank Wheaton, Ill. Checking acct. | 150.00 | 0.00 | | 0.00 | FA |
| 3. 2 bedrooms, Family room, kitchen, 2 bathrooms | 625.00 | 0.00 | | 0.00 | FA |
| 4. Personal clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5. Met Life Insurance Policy 7711928, Sharyl Faganel primary beneficiary | 550,000.00 | 0.00 | | 0.00 | FA |
| 6. Reliastar Life Insurance Policy NL0098792 | 0.00 | 0.00 | | 0.00 | FA |
| 7. CIBC Oppenheimer Roth IRA | 67,000.00 | 0.00 | | 0.00 | FA |
| 8. Principal Roth account 8900052668 401K | 344,000.00 | 0.00 | | 0.00 | FA |
| 9. RA Faganel Builders, 100% | 0.00 | 0.00 | | 0.00 | FA |
| 10. American Heartland Bank, 5000 shares | 50.00 | 0.00 | | 0.00 | FA |
| 11. S-David Investment Company, 490 shares | 0.00 | 0.00 | | 0.00 | FA |
| 12. RA Faganel Builders Inc., equity of -$1,123,296 in Dec., 2009 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Custom Realty Inc., Equity of 0, net income of -57,257 as of December 2010, no longer fucntioning | 0.00 | 0.00 | | 0.00 | FA |
| 14. Faganel Development Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 15. EFCI Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 16. Faganel Construction Management, BRT, Inc. equity of -147,026 as of 12/31/10. Currently inactive | 0.00 | 0.00 | | 0.00 | FA |
| 17. Faganel Constuction Management WWR Inc., equity of -233,592 as of 12/31/2010. Currently inactive. | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-27641 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DAVID FAGANEL | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2012 |
| For Period Ending: | 09/08/2017 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Exchange Partnership, Debtor owns 50% in share of apartment building located in Indiana Trustee negotiated with Debtor for a settlement of the Estate's interest in the Exchange Partnership and filed a motion to approve the proposed settlement. Prior to a hearing on the motion, Trustee determined that the Estate would have incurred a large tax liability as a result of the proposed settlement and withdrew her motion to settle because there would have been no benefit to the Estate. | 41,000.00 | 0.00 | | 0.00 | FA |
| 19. Kirkland Chase Commercial LLC owns buiding at 1387 Wind Energy Pass, Batavia, Ill. negative equity of -29,473 as of December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Sycamore Investments LLC liquidated property in 2009 in settlement with Old Second Bank by vote of members, negative equity of -120,823 as of December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 21. Burwyck LLC, liquidated assets in 2012 by vote of other members in settlement with Wheaton Bank and Trust on property in Bartlett, Ill. | 0.00 | 0.00 | | 0.00 | FA |
| 22. Riverwood North Aurora LLC, owns property at 8 acres in North Aurora, Ill, valued at approximately $350,000 subject to mortgage of MB Financial of over $3 million | 0.00 | 0.00 | | 0.00 | FA |
| 23. Wyndham Faganel Development LLC, liquidated property in 2011 in settlement with West Suburban Bank | 0.00 | 0.00 | | 0.00 | FA |
| 24. Town Center Condominiums LLC liquidated property in Willow Springs, Ill. in settlement with Wheaton Bank and Trust in 2010, equity of -28,523 as of December 2010. | 0.00 | 0.00 | | 0.00 | FA |
| 25. Jericho Holdings LLC, liquidated property 135 acres in Montgomery, Ill. in settlement with BMO Harris. Equity of -3,483,314 as of 12/31/10 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-27641 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | DAVID FAGANEL | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2012 |
| For Period Ending: | 09/08/2017 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. McClure Properties LLC owns residence in Colorado valued at $575,000 subject to mortgage of $750,000 Trustee compelled to abandon per order 11/9/12 [dkt 40] | 0.00 | 0.00 | OA | 0.00 | FA |
| 27. TLCB LLC, equity of -167,590 as of 12/31/10 | 0.00 | 0.00 | | 0.00 | FA |
| 28. TLCB LLC Note deemed uncollectible in December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 29. Faganel Construction Management WWR Inc. Note deemed uncollectible in Dedcember 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 30. Faganel Construction Management BRT Inc. Note deemed uncollectible in December, 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 31. Beneficial Interest in David J. Faganel Irrevocable Trust, estate of Margaret H. Faganel, subject to spendthrift trust provisionListed on Schedule C | 0.00 | 0.00 | | 0.00 | FA |
| 32. Beneficial Interest in DJF Irrevocable Trust, estate of Robert A. Faganel, subject to spendthrift trust provisionListed on Schedule C | 0.00 | 0.00 | | 0.00 | FA |
| 33. IDOR Tax refund issued 5/06/2011 being held in Sharyl A. Faganel checking account | 14,631.50 | 14,631.50 | | 14,631.50 | FA |
| 34. IDOR Tax refund issued 5/06/2011 being held in Sharyl A. Faganel checking account | 25,070.00 | 25,070.00 | | 25,070.00 | FA |
| 35. Possible avoidance action against family member (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,044,746.50 | $39,701.50 | | $39,701.50 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

341 MEETING HELD AND CONTINUED TO 10/30/12 AT 10:30; ISSUES REGARDING BALANCE OF TAX REFUND IN POSSESSION OF SPOUSE, INVESTIGATION OF CERTAIN FAMILY TRUSTS, REVIEW OF VALUE OF EXCHANGE PARTNERSHIP, INFO REQUESTED ON RELIASTAR & METLIFE POLICIES
Investigation continues as to Family Trusts. Further action being taken as to Tax Refunds.
Issues re: pre-2011 tax refund pending
Issues regarding pre-2011 tax refund still pending.  Investigation as to Family Trusts still pending.
2004 exams and other investigation pending re family trusts and transfers or avoidances.  no resolution of those issues until later 4/14.  issue of tax refunds continue to be an issue. ( how much is Mrs entitled to from the refund?)
Appointed Successor Trustee 4/16/14
Investigation continues regarding causes of action v. family member and family trust
Refunds issue resolved and funds turned over to Trustee

9/30/16:  Debtor has offered trustee a settlement for his right title and interest in Exchange Partnership.  Motion to compromise to be filed.

3/2/17:  The motion to compromise will be heard on March 24, 2017.

5/17/17: Motion to compromise withdrawn. Estate would have incurred large tax liability as a result of the proposed settlement and Successor Trustee determined that there would be no benefit to the Estate as a result of the proposed settlement. Successor Trustee contacted the attorneys and accountants retained by prior trustee and confirmed that neither professional had a claim for services rendered to the prior trustee for which the professional would seek compensation from the Estate. Trustee prepared her TFR.


Initial Projected Date of Final Report (TFR): 12/30/2014     Current Projected Date of Final Report (TFR): 01/30/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-27641
Case Name: DAVID FAGANEL
Taxpayer ID No: XX-XXX4971
For Period Ending: 09/08/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: GREEN BANK
Account Number/CD#: XXXXXX4101
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/12 | | SHARYL FAGANEL 705 RIFORD ROADGLEN ELLYN, IL 60137 | 1/2 OF TAX REFUND | | $39,701.50 | | $39,701.50 |
| | | | Gross Receipts $39,701.50 | | | | |
| | 33 | | IDOR Tax refund issued $14,631.50 5/06/2011 being held in | 1124-000 | | | |
| | 34 | | IDOR Tax refund issued $25,070.00 5/06/2011 being held in | 1124-000 | | | |
| 08/31/12 | | Green Bank 401 GreenbriarHouston, TX 77098 | Bank Service Fee | 2600-000 | | $24.79 | $39,676.71 |
| 09/28/12 | | Green Bank 401 GreenbriarHouston, TX 77098 | Bank Service Fee | 2600-000 | | $55.76 | $39,620.95 |
| 10/18/12 | 3001 | COUNTY COURT REPORTERS, INC. 600 SOUTH COUNTY FARM ROADSUITE 200WHEATON, IL 60187 | TRANSCRIPT FEE/APPEARANCE/341 MEETING 2990-000 $-330.75 | 2990-000 | | $330.75 | $39,290.20 |
| 10/31/12 | | Green Bank 401 GreenbriarHouston, TX 77098 | Bank Service Fee | 2600-000 | | $63.78 | $39,226.42 |
| 11/30/12 | | Green Bank 401 GreenbriarHouston, TX 77098 | Bank Service Fee | 2600-000 | | $65.34 | $39,161.08 |
| 12/31/12 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $59.11 | $39,101.97 |
| 01/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $63.09 | $39,038.88 |
| 02/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $56.90 | $38,981.98 |
| 03/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $62.90 | $38,919.08 |
| 04/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $60.77 | $38,858.31 |

Page Subtotals: $39,701.50 $843.19

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX4101 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $66.75 | $38,791.56 |
| 06/28/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $56.54 | $38,735.02 |
| 07/31/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $62.50 | $38,672.52 |
| 08/30/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $66.43 | $38,606.09 |
| 09/30/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $56.26 | $38,549.83 |
| 10/31/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $62.20 | $38,487.63 |
| 11/29/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $62.10 | $38,425.53 |
| 12/31/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $60.00 | $38,365.53 |
| 01/31/14 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $65.90 | $38,299.63 |
| 02/28/14 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $55.82 | $38,243.81 |
| 03/31/14 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $57.73 | $38,186.08 |
| 04/02/14 | 3002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREETSUITE 420NEW ORLEANS, LA  70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15          2300-000<br>$-31.69 | 2300-000 | | $31.69 | $38,154.39 |

| | | | | Page Subtotals: | $0.00 | $703.92 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-27641
Case Name: DAVID FAGANEL
Taxpayer ID No: XX-XXX4971
For Period Ending: 09/08/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: GREEN BANK
Account Number/CD#: XXXXXX4101
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $53.63 | $38,100.76 |
| 05/02/14 | | Transfer to Acct # XXXXXX1806 | Bank Funds Transfer | 9999-000 | | $38,100.76 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $39,701.50 | $39,701.50 |
| Less: Bank Transfers/CD's | $0.00 | $38,100.76 |
| Subtotal | $39,701.50 | $1,600.74 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,701.50 | $1,600.74 |

Page Subtotals:    $0.00    $38,154.39

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1806 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX4101 | Bank Funds Transfer | 9999-000 | $38,100.76 | | $38,100.76 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.63 | $38,044.13 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.73 | $37,989.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.48 | $37,932.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.40 | $37,876.52 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.50 | $37,822.02 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.23 | $37,765.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.34 | $37,711.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $56.06 | $37,655.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $55.99 | $37,599.40 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $26.90 | $37,572.50 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.49 | $37,522.01 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $55.78 | $37,466.23 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $53.91 | $37,412.32 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.62 | $37,356.70 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.74 | $37,302.96 |
| | | | Page Subtotals: | | $38,100.76 | $797.80 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-27641 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DAVID FAGANEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1806 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX4971 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.46 | $37,247.50 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.38 | $37,192.12 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.51 | $37,138.61 |
| 02/25/16 | 10002 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $32.36 | $37,106.25 |
| 03/09/17 | 10003 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 Reversal check printer without MICR cartridge | 2300-000 | | ($15.33) | $37,121.58 |
| 03/09/17 | 10003 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 | 2300-000 | | $15.33 | $37,106.25 |
| 03/09/17 | 10004 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond # 016073584 | 2300-000 | | $15.33 | $37,090.92 |
| 08/16/17 | 10006 | The Helms Law Firm P.C. | trustee compensation Reversal check printed on incorrect paper | 2100-000 | | ($1,000.00) | $38,090.92 |
| 08/16/17 | 10007 | DAvid Grochocinski | trustee compensation Reversal check printed on wrong paper | 2100-000 | | ($3,720.15) | $41,811.07 |
| 08/16/17 | 10005 | MB Financial Bank, NA | Final distibution to creditors | 4220-000 | | $32,367.77 | $9,443.30 |
| 08/16/17 | 10006 | The Helms Law Firm P.C. | trustee compensation - reversed | 2100-000 | | $1,000.00 | $8,443.30 |
| 08/16/17 | 10007 | DAvid Grochocinski | trustee compensation - reversed | 2100-000 | | $3,720.15 | $4,723.15 |
| 08/16/17 | 10008 | The Helms Law Firm, P.C. | Successor Trustee compensation | 2100-000 | | $1,000.00 | $3,723.15 |
| 08/16/17 | 10009 | DAvid Grochocinski | prior trustee compensation | 2100-000 | | $3,720.15 | $3.00 |
| 08/16/17 | 10010 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $3.00 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $37,302.96 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $38,100.76 | $38,100.76 |
| Less: Bank Transfers/CD's | $38,100.76 | $0.00 |
| Subtotal | $0.00 | $38,100.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $38,100.76 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1806 - Checking - Non Interest | $0.00 | $38,100.76 | $0.00 |
| XXXXXX4101 - Checking Account | $39,701.50 | $1,600.74 | $0.00 |
|  | $39,701.50 | $39,701.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,701.50 |
| Total Gross Receipts: | $39,701.50 |